IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREENA GOLD**
ADC #761714                                                                                     **PLAINTIFF**

V.                    NO. 4:21-cv-00684-LPR-ERE

**SUSAN POTTS,** *et al.*                                                   **DEFENDANTS**

## ORDER

The Court has received a Recommendation (Doc. 9) from Magistrate Judge Edie R. Ervin, along with objections filed by Ms. Gold. After a careful and *de novo* review of the entire record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Ms. Gold's claims against Defendant Mark Gober are DISMISSED without prejudice. Mark Gober is terminated as a Defendant in this lawsuit.

IT IS SO ORDERED this 4th day of November 2021.

                                                                            _____
                                                                            LEE P. RUDOFKSY
                                                                            UNITED STATES DISTRICT JUDGE