IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREENA GOLD**                                                                          **PLAINTIFF**
**ADC #761714**

V.                     NO. 4:21-cv-00684-LPR-ERE

**SUSAN POTTS,** *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by United States Magistrate Judge Edie R. Ervin, recommending that Plaintiff Kareena Gold's claims against the Doe Defendants be dismissed, without prejudice, based on her failure to identify and timely serve those Defendants. Ms. Gold has not filed objections, and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court approves and adopts the Recommendation in all respects.

Accordingly, Ms. Gold's claims against the Doe Defendants are DISMISSED, without prejudice, based on her failure to identify and provide a service address for those Defendants.

IT IS SO ORDERED this 7th day of December, 2021.

                                                                      _____
                                                                      LEE P. RUDOFSKY
                                                                      UNITED STATES DISTRICT JUDGE