IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREENA GOLD**  **PLAINTIFF**
ADC #761714

V.   NO. 4:21-cv-00684-LPR-ERE

**SUSAN POTTS**  **DEFENDANT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has passed. After a careful and de novo review of the Recommendation and record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Susan Potts' motion for summary judgment for failure to exhaust administrative remedies (Doc. 17) is GRANTED. Judgment shall be entered in favor of Defendant Potts on all claims against her, and this case will be CLOSED. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE