IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREENA GOLD**                                                                          **PLAINTIFF**
**ADC #761714**

V.                      NO. 4:21-cv-00684-LPR-ERE

**SUSAN POTTS**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Potts. This case is closed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the Order accompanying the Judgment would not be taken in good faith.

IT IS SO ADJUDGED this 29th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE